UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **SUNILKUMAR R. PATEL,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **MARY DE ANDA-YBARRA, FIELD** § | |
| **OFFICE DIRECTOR OF** § | |
| **ENFORCEMENT AND REMOVAL** § | No.  3:25-CV-00735-LS |
| **OPERATIONS, EL PASO FIELD** § | |
| **OFFICE, IMMIGRATION AND** § | |
| **CUSTOMS ENFORCEMENT;** § | |
| **WARDEN OF THE ERO EL PASO** § | |
| **CAMP EAST MONTANA** § | |
| **DETENTION FACILITY; KRISTI** § | |
| **NOEM, SECRETARY, U.S.** § | |
| **DEPARTMENT OF HOMELAND** § | |
| **SECURITY; and PAMELA BONDI,** § | |
| **U.S. ATTORNEY GENERAL,** § | |
| § | |
| *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Sunilkumar R. Patel challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **January 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 30, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**